MSM/MAJ: USAO 2021R00484

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CASE NO. 8:26-mj-00011-GLS |
| | * |
| JORDAN JERMAINE WYATT, | * |
| | * FILED UNDER SEAL |
| Defendant | * |
| | * |

*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, John Lee, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state that:

### Introduction

1. I make this affidavit in support of the criminal complaint and arrest warrant.

2. Specifically, based on the following facts, I respectfully submit that there is probable cause to believe that, on or about November 9, 2020, **JORDAN JERMAINE WYATT** did knowingly and intentionally commit bank fraud, in violation of 18 U.S.C. § 1344.

### Agent Background

3. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, federal offenses.

4. I am a Postal Inspector with the USPIS and have been since May 2019. Prior to my employment with the USPIS, I was a federal law enforcement officer for the U.S. Department of Homeland Security, Federal Air Marshal Service, for ten years.

5. In my capacity as a Postal Inspector, I investigate allegations of theft and criminal fraud involving the use of the United States mail. Pursuant to my duties as a Postal Inspector, I

1

have gained experience in investigations of mail theft, bank fraud, and identity theft. I have participated in search and seizure operations dealing with the aforementioned types of criminal offenses.

6. The information in this affidavit is based upon my personal knowledge and information gained from speaking with other officers and individuals involved in the facts described below or reading their reports.

7. This affidavit is submitted for the limited purpose of establishing probable cause for the requested criminal complaint and arrest warrant, thus, it does not contain every fact known to me. Instead, I have set forth only those facts that I believe are necessary to establish probable cause in support of the proposed criminal complaint and arrest warrant. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

**Probable Cause**

8. In September 2019, the USPIS began investigating the theft of checks from the mail in Laurel, Maryland. An employee of the initial victim, a company with initials L.C. located in Laurel, Maryland, reported that incoming checks intended to pay for the company's services were stolen and being cashed by unintended recipients. Further investigation revealed more than 100 checks were stolen from L.C. and the surrounding businesses.

9. The initial checks were negotiated at financial institutions across Maryland and Washington, D.C., between April 2019 and June 2020. The financial institutions include Navy Federal Credit Union ("Navy Federal") and Wells Fargo Bank ("Wells Fargo"). A large number of the checks were deposited via automated teller machine (ATM) using debit cards issued to the various account holders. Law enforcement obtained images of **WYATT** negotiating several of these stolen and altered checks at various banks in Maryland, Virginia, and Washington, D.C.

10. Law enforcement conducted various interviews of both the victim check makers and the intended recipients. Those interviewed indicated that either the payees of the stolen checks had been altered, the endorsements had been forged, or in some cases the negotiated amounts had been raised from the original written amounts. A sample of the stolen checks associated with **WYATT** and their altered payees is listed below:

| Initials of Original Payee (companies and individuals) | Initials of Altered Payee (all individuals) | Approx. Date Negotiated | Bank of First Deposit | Approx. Amount |
|---|---|---|---|---|
| G.A. | V.W. | 5/26/2021 | Wells Fargo | $3,714.00 |
| P.C. | V.W. | 5/25/2021 | Wells Fargo | $9,915.98 |
| T.S. | V.W. | 5/24/2021 | Wells Fargo | $8,300.00 |
| E.R. | V.W. | 5/21/2021 | Wells Fargo | $3,200.00 |
| C.V. | B.W. | 3/23/2021 | Navy Federal | $31,500.00 |
| U.C. | R.S. | 3/15/2021 | Wells Fargo | $4,350.00 |
| S.R. LLC | T.Q. | 1/29/2021 | Capital One | $16,693.00 |
| B.M. | T.P. | 1/12/2021 | Wells Fargo | $5,660.07 |
| M.M. | D.G. | 1/11/2021 | Navy Federal | $7,000.00 |
| G.4. LLC | R.D. | 11/9/2020 | Wells Fargo | $12,345.00 |
| C.G. | D.A. | 6/25/2020 | Navy Federal | $29,349.00 |
| S.B. | R.S. | 6/4/2020 | Capital One | $10,500.00 |
| A.M.S. | M.W. | 5/28/2020 | NRL Credit Union | $27,061.59 |
| S.B. | R.S. | 5/26/2020 | Capital One | $15,000.00 |
| K.M. | K.K. | 1/30/2020 | Navy Federal | $47,981.60 |
| T.C.G. | J.B. | 12/30/2019 | Chase Bank | $6,782.20 |

11. The investigation into **WYATT**'s fraud scheme has revealed that, between December 2019 and May 2021, **WYATT** deposited, or caused to be deposited, and/or obtained, or caused to be obtained, approximately $446,507 in stolen and altered checks, resulting in a loss of approximately $161,731 to victim financial institutions.

12. **WYATT**'s participation in the fraud scheme included, for example, his deposit of a stolen check with an altered payee into a Wells Fargo account. Specifically, on or about November 9, 2020, G.4. LLC's check number 1837, written for $12,345 to Co-Conspirator 1, was

deposited to Co-Conspirator 1's Wells Fargo account using an ATM in Oxon Hill, Maryland. Wells Fargo surveillance cameras captured an image of the person completing the deposit. The individual was observed wearing a hooded sweatshirt displaying what appeared to be an individual in a ski mask, and the letters "U," "N," "T," and "A." Samples of the surveillance photos can be seen below:




13. Additionally, the vehicle used appeared to be a black Nissan SUV, which can be seen below:




14. The funds from the check were depleted through ATM cash withdrawls and peer-to-peer transfers, such as ApplePay and CashApp. Of note, there were transfers to a CashApp account, entitled in the first name of Co-Conspirator 1, that I believe belonged to Co-Conspirator 1.

15. **WYATT**'s ApplePay records show that on or about November 11, 2020, **WYATT** received approximately $3,000 from Co-Conspirator 1 via ApplePay. Additionally, **WYATT**'s CashApp records from the same time period show an attempted $1,000 transfer from the previously referenced account believed to belong to Co-Conspirator 1. The CashApp records also show a successful $500 transfer from that same account to **WYATT** on or about December 16, 2020.

16. Continued review of **WYATT**'s financial records revealed he owned an account at Wells Fargo. On or about November 28, 2020, **WYATT** was observed operating a black Nissan SUV, similar to the one used during the deposit of G.4. LLC's check, while accessing his own accounts. Surveillance cameras captured **WYATT** and the vehicle, a sample of which can be seen below. Law enforcement also obtained records from Enterprise Rental Car Company ("Enterprise"), which revealed **WYATT** had been using the vehicle since November 2, 2020, days before the deposit of check 1837. Sample images capturing **WYATT** at Wells Fargo with the vehicle, and a portion of the rental agreement for the vehicle can be seen below:



17. Law enforcement's continued investigation into **WYATT** led to the execution of a search warrant on an iCloud account owned and used by **WYATT**. Upon review of the contents of the iCloud account, law enforcement recovered images of Co-Conspirator 1's ATM card and the deposit receipt for check 1837. Samples of the recovered images can be seen below:



18. Lastly, law enforcement was able to obtain images of **WYATT** wearing what appears to be the same hooded sweatshirt that was observed in the surveillance images from the deposit of check 1837. The same sweatshirt was also observed by law enforcement during the execution of a search warrant on **WYATT**'s residence. Samples of the social media images, and images captured by law enforcement can be seen below:

6

 

19. On or about December 22, 2020, Wells Fargo returned check 1837 as fraudulent against Co-Conspirator 1's account. As the funds had already been depleted, it resulted in a loss of approximately $12,345 to Wells Fargo.

## Conclusion

20. Based on the foregoing, there is probable cause to issue the requested criminal complaint and arrest warrant for **WYATT** for the offense of bank fraud, in violation of 18 U.S.C. § 1344.

_____
John Lee
United States Postal Inspector

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this __7th__ day of January, 2026.

_____
The Honorable Gina L. Simms
United States Magistrate Judge